UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-80386-CIV-MIDDLEBROOKS/BRANNON

CDS GULFSTREAM LLC, individually and as
a class on behalf of other similarly situated
individuals and business entities that were
induced by Defendant Andrew Greenbaum a/k/a
Avi Greenbaum and Defendant Steve Michael
a/k/a Steven Michael into investing monies in
entities for real estate investments from and
after March 27, 2014,
    Plaintiffs,

v.

ANDREW GREENBAUM a/k/a Avi
Greenbaum, STEVE MICHAEL a/k/a Steven
Michael, HH GULFSTREAM LLC, and
HUDSON HOLDINGS LLC,
    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal without Prejudice filed on April 4, 2018. (DE 16). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs may dismiss this action against Defendants by filing a notice of dismissal before Defendants serve either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have filed neither. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that **all pending motions are DENIED AS MOOT**. The Clerk of Court shall **CLOSE this case**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this _19_ day of April, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record